■ LORENZO PENA et al., Appellants, v CITY OF NEW YORK, Defendant, and M & S SHILLMAN, INC., Respondent. [614 NYS2d 153] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Kings County (Jackson, J.), dated December 24, 1991, which granted the motion of the defendant M & S Shillman, Inc., for summary judgment dismissing the complaint and all cross claims insofar as asserted against it.

Ordered that the order is affirmed, without costs or disbursements.

The plaintiffs failed to raise a triable issue of fact as to whether the defendant M & S Shillman, Inc., was liable for the injuries sustained by the plaintiff Lorenzo Pena *(see,* CPLR 3212 [b]). Mangano, P. J., Balletta, O'Brien, Hart and Florio, JJ., concur.

■ PERMAGILE-SALMON, LTD., Respondent, v MANSHUL CONSTRUCTION CORP. et al., Appellants. [614 NYS2d 139] —In an action to recover damages for breach of contract, the defendants appeal from an order of the Supreme Court, Queens County (Lonschein, J.), entered March 6, 1992, which granted the plaintiff's motion to dismiss the defendants' counterclaims pursuant to CPLR 3126 (3).

Ordered that the appeal is dismissed, with costs.

The defendants did not oppose, either orally or in writing, the plaintiff's motion to dismiss their counterclaims. Thus the order granting that motion is not appealable *(see, Matter of Linda K.,* 151 AD2d 574; *Glickman v Sami,* 146 AD2d 671). Sullivan, J. P., O'Brien, Santucci and Hart, JJ., concur.